NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,** ⸱
*Defendant-Appellant,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants-Appellants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants-Appellants,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants.*

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

2011-1191, -1192, -1194, 2012-1070, -1071, -1072

---

## ON MOTION

---

## ORDER

The appellants move for an extension of time, until March 20, 2012, to file their initial briefs. SynQor, Inc. opposes. The appellants reply. Bel Fuse, Inc. moves without opposition to withdraw Steven N. Williams as principal counsel, and to substitute Andrew J. Pincus as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The appellants should not anticipate any further extensions.

FOR THE COURT

MAR 0 5 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 5 2012

JAN HORBALY
CLERK

cc:  Donald R. Dunner, Esq.
     Constantine L. Trela, Jr., Esq.
     Gary M. Hnath, Esq.
     Alan D. Smith, Esq.
     William F. Lee, Esq.
     Andrew J. Pincus, Esq.


s19